IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION FILE NO.: 7:23-cv-01232

| | |
|---|---|
| SGS INVESTMENTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| WELLS FARGO BANK, N.A. and ) | |
| LLG TRUSTEE, LLC, Substitute ) | |
| Trustee, ) | |
| ) | |
| Defendants. ) | |

This matter has come before the undersigned pursuant to a Consent Motion to Stay Deadline to Respond to Motion to Dismiss Until Court Rules on Plaintiff's Motion to Remand (Doc. 22) filed by the Plaintiff in this action. In the motion, Plaintiff requests that the Court enter an order staying Plaintiff's deadline to oppose or otherwise plead in response to Defendant Wells Fargo's Motion to Dismiss until fourteen (14) days after the Court rules on Plaintiff's Motion to Remand. In the motion, Plaintiff advises that Defendants' counsel consents to the relief sought in the Motion. As a result, good cause exists for the motion to stay, and it will be allowed.

IT IS, THEREFORE, ORDERED that Plaintiff's Consent Motion to Stay Deadline to Respond to Motion to Dismiss Until Court Rules on Plaintiff's Motion to Remand is hereby ALLOWED. Plaintiff's deadline to respond to the

Motion to Dismiss will now be fourteen (14) days after the Court rules on Plaintiff's Motion to Remand.

SO ORDERED. This the 16 day of October, 2023.

　　　　　　　　　　　　　　　　　　　　J. Dever
　　　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　　　United States District Judge